NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL VENTURES I LLC,**
*Plaintiff-Appellee*

v.

**SYMANTEC CORP.,**
*Defendant-Appellant*

**TREND MICRO INCORPORATED, TREND MICRO, INC. (USA),**
*Defendants*

---

2016-1909

---

Appeal from the United States District Court for the District of Delaware in No. 1:10-cv-01067-LPS, Chief Judge Leonard P. Stark.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the of Symantec Corporation's unopposed to modify the official caption,

2   INTELLECTUAL VENTURES I LLC v. SYMANTEC CORP.

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

> FOR THE COURT
>
> /s/ Peter R. Marksteiner
> Peter R. Marksteiner
> Clerk of Court

s25